**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gavrel ESTRADA, Defendant–**
**Appellant.**

**No. 05–20705**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Richard Edward Banks, Law Offices of Richard E. Banks, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and KING and DAVIS, Circuit Judges.

PER CURIAM: *

Gavrel Estrada appeals his guilty-plea conviction and 30–month sentence for possession of a firearm by a felon. Estrada contends that the district court erred in denying his motion to suppress. As there is a manifestation of a reservation of appellate rights in the record, Estrada has not waived his right to appeal the district court's judgment denying the motion to suppress. *United States v. Bell,* 966 F.2d 914, 916–17 (5th Cir.1992).

Within the context of a consensual encounter with police, an officer may approach an individual, identify himself, briefly question the person being stopped, and ask for identification. *See INS v. Delgado,* 466 U.S. 210, 216, 104 S.Ct. 1758, 80 L.Ed.2d 247 (1984). Estrada concedes his suppression argument is foreclosed by this Supreme Court precedent.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.